UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 11-52048 |
| DINKEL, JASON | § | |
| | § | Hon. Jacqueline P. Cox |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that NORMAN NEWMAN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearbron Street
7th Floor
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at **9:30 a.m. on January 17, 2013** in Courtroom 680, United States Courthouse Courthouse, 219 S. Dearborn Street, Chicago, Illinois. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _/ /_____    By:    /s/NORMAN NEWMAN_____
                                            Trustee

NORMAN NEWMAN
191 N. WACKER DRIVE
SUITE 1800
CHICAGO, IL 60606-1615
(312) 521-2000

UST Form 101-7-NFR (10/1/2010)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: DINKEL, JASON § Case No. 11-52048
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| The Final Report shows receipts of | $ 6,199.02 |
| and approved disbursements of | $ 150.00 |
| leaving a balance on hand of [1] | $ 6,049.02 |
| **Balance on hand:** | $ 6,049.02 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 6,049.02 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Norman B. Newman, Trustee | 1,369.90 | 0.00 | 1,369.90 |
| Attorney for Trustee, Fees - Much Shelist, P.C. | 3,240.50 | 0.00 | 3,240.50 |
| Attorney for Trustee, Expenses - Much Shelist, P.C. | 14.60 | 0.00 | 14.60 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 4,625.00 |
| Remaining balance: | $ 1,424.02 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 1,424.02 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $14,013.63 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1P | Internal Revenue Service | 14,013.63 | 0.00 | 1,424.02 |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 1,424.02 |
| Remaining balance: | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 2,401.53 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1U | Internal Revenue Service | 613.11 | 0.00 | 0.00 |
| 2 | American Express Bank, FSB | 1,788.42 | 0.00 | 0.00 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:    $    0.00
Remaining balance:    $    0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $    0.00
Remaining balance:    $ .    0.00

Prepared By: /s/NORMAN NEWMAN
                          Trustee

NORMAN NEWMAN
191 N. WACKER DRIVE
SUITE 1800
CHICAGO, IL 60606-1615
(312) 521-2000

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                           United States Bankruptcy Court
                            Northern District of Illinois
In re:                                                         Case No. 11-52048-JPC
Jason Dinkel                                                   Chapter 7
       Debtor
                                 CERTIFICATE OF NOTICE
District/off: 0752-1       User: rgreen              Page 1 of 2       Date Rcvd: Dec 27, 2012
                           Form ID: pdf006           Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 29, 2012.
db           +Jason Dinkel,    106 W. Calendar Ct.,   #126,   La Grange, IL 60525-2325
18317374     +American Express,   American Express Special Research,   Po Box 981540,   El Paso, TX 79998-1540
19141534      American Express Bank, FSB,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
18317375     +Bank Of America, N.a.,   450 American St,   Simi Valley, CA 93065-6285
18317376      Bosch Savings Incentive Plan,   1 Investors Way,   Norwood, MA 02062-1599
18317377     +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
18317378     +Chase Manhattan,   Attn: Bankruptcy Research Dept,   P.O. Box 24696,   Columbus, OH 43224-0696
18317379     +City Ntl Bk/Ocwen Loan Service,   Attn: Bankruptcy,   1661 Worthington Rd. Suite 100,
               West Palm Beach, FL 33409-6493
18317381     +Dinkel Consulting, LLC,   106 W Calendar,   3126,   La Grange, IL 60525-2325
18317382     #+Everhome Mortgage Co,   Attn: Bankruptcy,   8100 Nations Way,   Jacksonville, FL 32256-4405
18317384     +Inter Mountain Rural Electric Assoc,   5496 Highway 85,   Sedalia, CO 80135-8600
18317386     +Knobbe, Laho, Gradishar & Mack, LLC,   45 S. Park Blvd,   Suite 230,   Glen Ellyn, IL 60137-6287
18317389     +NIEW Legal Partners, P.C.,   600 Hunter Drive,   Suite 310,   Oak Brook, IL 60523-1949
18317387     +Nationstar Mortgage Ll,   Attn: Bankruptcy,   350 Highland Dr,   Lewisville, TX 75067-4177
18317390     ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
              (address filed with court: Toyota Financial Services,   PO Box 5855,
               Carol Stream, IL 60197-5866)
18317391     +Village of Western Springs,   740 Hillgrove Avenue,   Western Springs, IL 60558-1478
18317392      Wells Fargo,   1 HOME CAMPUS X2303-01A,   DES MOINES IA 50326
18317393     +Yorktown Apartments,   c/o OP Property Management, LP,   2233 S. Highland Ave.,
               Lombard, IL 60148-5316

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18317383     +E-mail/Text: bankruptcysupport@flagstar.com Dec 28 2012 06:25:43      Flagstar Bank,
               Attn: Bankruptcy Dept,   5151 Corporate Dr,   Troy, MI 48098-2639
18317385     +E-mail/Text: cio.bncmail@irs.gov Dec 28 2012 04:59:35      Internal Revenue Service,
               P.O. Box 7346,   Philadelphia, PA 19101-7346
18317388     +E-mail/Text: electronicbkydocs@nelnet.net Dec 28 2012 07:03:01      Nelnet Lns,
               Attention: Nelnet Claims,   Po Box 17460,   Denver, CO 80217-0460
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18317380      Clear Internet Service Contract
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 29, 2012**          **Signature:**   _Joseph Speetjens_

```
District/off: 0752-1          User: rgreen              Page 2 of 2              Date Rcvd: Dec 27, 2012
                              Form ID: pdf006           Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 20, 2012 at the address(es) listed below:

```
          Andrew J Nelson    on behalf of Creditor    Flagstar Bank FSB anelson@atty-pierce.com,
           northerndistrict@atty-pierce.com
          Chester H. Foster, Jr.    on behalf of Debtor Jason  Dinkel chf@fosterlegalsvcs.com,
           dbf@fosterlegalservices.com
          Heather M Giannino    on behalf of Creditor    EverBank heathergiannino@hsbattys.com,
           jenniferewins@hsbattys.com;danacloe@hsbattys.com;bk4hsbm@gmail.com
          Jeffrey L. Gansberg    on behalf of Trustee Norman B Newman jgansberg@muchshelist.com,
           nsulak@muchshelist.com
          Jose G Moreno    on behalf of Creditor    BANK OF AMERICA, N.A. nd-one@il.cslegal.com
          Lydia Y Siu    on behalf of Creditor    Flagstar Bank FSB lsiu@atty-pierce.com,
           northerndistrict@atty-pierce.com
          Norman B Newman    nnewman@muchshelist.com,   IL63@ecfcbis.com;nsulak@muchshelist.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 8
```