# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

In re: §
§
DINKEL, JASON § Case No. 11-52048
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

NORMAN NEWMAN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $         from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/NORMAN NEWMAN_____
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Bank Of America, N.a.<br>450 American St<br>Simi Valley, CA  93065 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Everhome Mortgage Co<br>Attn: Bankruptcy<br>8100 Nations Way<br>Jacksonville, FL  32256 | | | | | |
| | Flagstar Bank<br>Attn: Bankruptcy Dept<br>5151 Corporate Dr<br>Troy, MI  48098 | | | | | |
| | Nationstar Mortgage Ll<br>Attn: Bankruptcy<br>350 Highland Dr<br>Lewisville, TX  75067 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NORMAN B. NEWMAN, TRUSTEE | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| The Bank of New York Mellon | | | | | |
| MUCH SHELIST, P.C. | | | | | |
| MUCH SHELIST, P.C. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1P | INTERNAL REVENUE SERVICE | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bosch Savings Incentive Plan<br>1 Investors Way<br>Norwood, MA  02062-1599 | | | | | |
| | Chase<br>Po Box 15298<br>Wilmington, DE  19850 | | | | | |
| | Chase<br>Po Box 15298<br>Wilmington, DE  19850 | | | | | |
| | Chase Manhattan<br>Attn:  Bankruptcy Research Dept<br>P.O. Box 24696<br>Columbus, OH  43224 | | | | | |
| | City Ntl Bk/Ocwen Loan Service<br>Attn: Bankruptcy<br>1661 Worthington Rd. Suite 100<br>West Palm Beach, FL  33409 | | | | | |
| | Inter Mountain Rural Electric Assoc<br>5496 Highway 85<br>Sedalia, CO  80135 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Knobbe, Laho, Gradishar & Mack, LLC<br>45 S. Park Blvd<br>Suite 230<br>Glen Ellyn, IL  60137 | | | | | |
| | NIEW Legal Partners, P.C.<br>600 Hunter Drive<br>Suite 310<br>Oak Brook, IL  60523 | | | | | |
| | Nelnet Lns<br>Attention: Nelnet Claims<br>Po Box 17460<br>Denver, CO  80217 | | | | | |
| | Wells Fargo<br>1 Home Campus X2303-01a<br>Des Moines, IA  50326 | | | | | |
| | Yorktown Apartments c/o OP<br>Property Management, LP<br>2233 S. Highland Ave.<br>Lombard, IL  60148 | | | | | |
| 2 | AMERICAN EXPRESS BANK, FSB | | | | | |
| 1U | INTERNAL REVENUE SERVICE | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | MCSI | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 11-52048 CAD Judge: CAROL A. DOYLE | Trustee Name: | NORMAN NEWMAN |
|---|---|---|---|
| Case Name: | DINKEL, JASON | Date Filed (f) or Converted (c): | 12/30/11 (f) |
| | | 341(a) Meeting Date: | 02/16/12 |
| For Period Ending: | 04/09/13 | Claims Bar Date: | 09/11/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Cash | 60.00 | 0.00 | | 0.00 | FA |
| 2. Bank Account (Personal Checking) | 25.00 | 0.00 | | 0.00 | FA |
| 3. Bank Account (Business Checking) | 3,500.00 | 3,500.00 | | 3,500.00 | FA |
| 4. Bank Account (Checking-PNC) | 2,265.00 | 2,165.00 | | 2,165.00 | FA |
| 5. Bank Account (Paris France) | 2,849.02 | 534.02 | | 534.02 | FA |
| 6. HOUSEHOLD GOODS AND FURNISHINGS | 1,500.00 | 0.00 | | 0.00 | FA |
| 7. WEARING APPAREL AND JEWELRY | 400.00 | 0.00 | | 0.00 | FA |
| 8. IRA Account | 10,000.00 | 0.00 | | 0.00 | FA |
| 9. Investment - Pensco Trust Co. | Unknown | Unknown | | 0.00 | FA |
| 10. 401(k) | 26,000.00 | 0.00 | | 0.00 | FA |
| 11. Membership Interest in Dinkel Consulting, LLC | 10.00 | 10.00 | | 0.00 | FA |
| 12. Tax Refund 50% interest in 2010 Income Tax Refund | 881.00 | 881.00 | | 0.00 | FA |
| 13. Other Personal Property Order entered 11/7/12. | 4,000.00 | 4,000.00 | OA | 0.00 | FA |
| TOTALS (Excluding Unknown Values) | $51,490.02 | $11,090.02 | | $6,199.02 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR):  / /     Current Projected Date of Final Report (TFR):  / /

LFORM1

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

Ver: 17.01

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 11-52048 -CAD | |
| Case Name: | DINKEL, JASON | |
| Taxpayer ID No: | *******2527 | |
| For Period Ending: | 04/09/13 | |

| | | |
|---|---|---|
| Trustee Name: | NORMAN NEWMAN | |
| Bank Name: | THE BANK OF NEW YORK MELLON | |
| Account Number / CD #: | *******2366 Checking Account | |
| Blanket Bond (per case limit): | $ | 0.00 |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/11/12 | | Niew Legal Partners, P.C.<br>600 Hunter Drive, suite 310<br>Oak Brook, IL 60523 | Turnover of bank accuonts<br>DEPOSIT CHECK #1081 | | 6,199.02 | | 6,199.02 |
| | 3 | | Memo Amount:  3,500.00 | 1129-000 | | | |
| | 4 | | Memo Amount:  2,165.00 | 1129-000 | | | |
| | 5 | | Memo Amount:    534.02 | 1129-000 | | | |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,174.02 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,149.02 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,124.02 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,099.02 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,074.02 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,049.02 |
| 01/09/13 | | Transfer to Acct #*******4251 | Bank Funds Transfer | 9999-000 | | 6,049.02 | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 6,199.02 | COLUMN TOTALS | | 6,199.02 | 6,199.02 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | | 0.00 | 6,049.02 | |
| | | Subtotal | | 6,199.02 | 150.00 | |
| Memo Allocation Net: | 6,199.02 | Less: Payments to Debtors | | | 0.00 | |
| | | Net | | 6,199.02 | 150.00 | |

Page Subtotals  6,199.02  6,199.02

Ver: 17.01

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit 9

| Case No: | 11-52048 -CAD | Trustee Name: | NORMAN NEWMAN |
| --- | --- | --- | --- |
| Case Name: | DINKEL, JASON | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******4251  Checking Account |
| Taxpayer ID No: | *******2527 | | |
| For Period Ending: | 04/09/13 | Blanket Bond (per case limit): | $  0.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/09/13 | | Transfer from Acct #*******2366 | Bank Funds Transfer | 9999-000 | 6,049.02 | | 6,049.02 |
| 01/18/13 | 001001 | Norman B. Newman, Trustee<br>Much Shelist, et.al.<br>191 N. Wacker Drive, #1800<br>Chicago, IL  60606 | | 2100-000 | | 1,369.90 | 4,679.12 |
| 01/18/13 | 001002 | Much Shelist, P.C.<br>191 N. Wacker Drive<br>Suite 1800<br>Chicago, IL  60606 | Claim MS-E, Payment 100.00000% | 3120-000 | | 14.60 | 4,664.52 |
| 01/18/13 | 001003 | Much Shelist, P.C.<br>191 N. Wacker Drive<br>Suite 1800<br>Chicago, IL  60606 | Claim MS-F, Payment 100.00000% | 3110-000 | | 3,240.50 | 1,424.02 |
| * 01/18/13 | 001004 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA  19114-7346 | Claim 1P, Payment 10.16168% | 5800-003 | | 1,424.02 | 0.00 |
| * 02/04/13 | 001004 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA  19114-7346 | Claim 1P, Payment 10.16168%<br>Check returned - Creditor paid in full. | 5800-003 | | -1,424.02 | 1,424.02 |
| * 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-003 | | 10.00 | 1,414.02 |
| * 02/15/13 | | Reverses Adjustment OUT on 02/07/13 | BANK SERVICE FEE<br>Fee charged in error | 2600-003 | | -10.00 | 1,424.02 |
| 03/13/13 | 001005 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA  19355-0701 | Claim 2, Payment 79.62447% | 7100-000 | | 1,424.02 | 0.00 |

Page Subtotals    6,049.02    6,049.02

Ver: 17.01

LFORM24
UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

FORM 2

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 11-52048 -CAD | Trustee Name: | NORMAN NEWMAN |
| Case Name: | DINKEL, JASON | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******4251 Checking Account |
| Taxpayer ID No: | *******2527 | | |
| For Period Ending: | 04/09/13 | Blanket Bond (per case limit): | $ 0.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 6,049.02 | 6,049.02 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | 6,049.02 | 0.00 | |
| | | Subtotal | 0.00 | 6,049.02 | |
| Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 0.00 | 6,049.02 | |

| | | | | NET | ACCOUNT |
|---|---|---|---|---|---|
| Total Allocation Receipts: | 6,199.02 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 0.00 | Checking Account - ********2366 | 6,199.02 | 150.00 | 0.00 |
| | | Checking Account - ********4251 | 0.00 | 6,049.02 | 0.00 |
| | | | ----------------------- | ----------------------- | ----------------------- |
| Total Memo Allocation Net: | 6,199.02 | | 6,199.02 | 6,199.02 | 0.00 |
| | | | ============ | ============ | ============ |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        0.00        0.00

Ver: 17.01

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 12)*